UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ELVIS D. JENKINS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-0623 |
| | ) | Judge Echols |
| **RYAN'S FAMILY STEAKHOUSE,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Ryan's Family Steakhouse's Motion for Summary Judgment (Docket Entry No. 18) is hereby GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE